UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TAPIA, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | No.   CV 16-8162 PA (GJSx)<br><br>JUDGMENT |

In accordance with the Court's November 13, 2017, Minute Order granting the Motion for Summary Judgment filed by defendant Costco Wholesale Corporation ("Defendant"), the Court has resolved all of the claims pending in this action,

    1.    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in its favor.

    2.    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that plaintiff Samuel Tapia, Jr. shall take nothing and Defendant shall have its costs of suit.

DATED: November 14, 2017

                                          Percy Anderson
                                  UNITED STATES DISTRICT JUDGE